# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**WESTON SMITH,**

    **Plaintiff**

    v.

**JOHN FRIEL,** *et al.*,

    **Defendants**

**CIVIL ACTION NO. 1:19-0943**

**(MANNION, D.J.)**

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Carlson, **(Doc. 4)**, is **ADOPTED**.

**(2)** The plaintiff's objections to the report, **(Doc. 10)**, are **OVERRULED**.

**(3)** The plaintiff's motions to proceed *in forma pauperis*, **(Docs. 7 & 11)**, are **GRANTED** solely for the purpose of filing this action.

**(4)** The plaintiff's complaint, **(Doc. 1)**, is **DISMISSED**.

**(5)** The clerk of court is directed to **CLOSE** this case.

        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**Date: July 10, 2019**

19-0943-01-ORDER.wpd